Abdolreza Mazaheri, Esq.
Sethi & Mazaheri, LLC.
344 Grove Street, #111
Jersey City, NJ 07302
Telephone: (646) 405-9846
Fax: (201) 595-0957
Bar #: AM0901

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN DOE,**<br><br>and<br><br>**JANE DOE**<br><br><br>Plaintiffs,<br><br>v.<br><br>**PAMELA BONDI, in her official capacity as Attorney General of the United States,**<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br><br>**KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland Security,**<br>2707 Martin Luther King Jr. Ave, SE<br>Washington, DC 20528-0485<br><br>**KIKA SCOTT, in her official capacity as Senior Official Performing the Duties of Director, U.S. Citizenship and Immigration Services,**<br>2707 Martin Luther King Jr. Ave, SE<br>Washington, DC 20528-0485<br><br>**JOSEPH CARDINALE, in his official capacity as Director, U.S. Citizenship and Immigration Services, New York Field Office,**<br>2707 Martin Luther King Jr. Ave, SE<br>Washington, DC 20528-0485 | Case No.:<br><br><br><br>**PLAINTIFF'S MOTION TO FILE COMPLAINT UNDER PSEUDONYMS** |

**SIRCE E. OWEN**, in her official capacity as
the Acting Director of the EOIR
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Defendants.

# MOTION TO FILE UNDER PSEUDONYMS THEIR COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Pursuant to Local Electronic Case Filing Rule 6, Plaintiffs ("John and Jane Doe"), hereby move to file their forthcoming complaint for declaratory and injunctive relief using the pseudonyms JOHN AND JANE DOE,

1. Local Electronic Case Filing Rule 6 requires parties to obtain leave of Court an order to file documents under pseudonyms

2. John and Jane Doe intend to file a complaint for declaratory and injunctive relief pursuant to the Administrative Procedure Act (APA) challenging the decisions made by United States Citizenship and Immigration Services (USCIS) and the Board of Immigration Appeals (BIA) in denying John Doe's I-130 petition for Jane Doe.

3. Good cause exists to proceed under pseudonyms because John and Jane Doe's substantial privacy interests outweigh any public interest served by using their real names.

4. Plaintiff, Jane Doe, has a pending asylum application in immigration court in which she claims fear of returning to Iran dues to her political beliefs. She reasonably fears reprisal if her identity and the identity of her husband, John Doe are disclosed.

5. The case involves issues that could expose Plaintiffs to significant reputational, professional, or personal harm.

2

6. Defendants will not be prejudiced by Plaintiffs' use of pseudonyms, as they will be able to fully defend against all claims raised.

7. The public's interest in open judicial proceedings is outweighed by Plaintiffs' right to privacy and safety. Further, Plaintiffs' legal claims may proceed on their merits regardless of their identities.

For the foregoing reasons, John Jane Doe respectfully urge this Court to GRANT this motion to proceed with pseudonyms.

Respectfully submitted on this 19th day of March 2025

/S/ **Abdolreza Mazaheri**

By: Abdolreza Mazaheri, Esq.
Sethi and Mazaheri, LLC
344 Grove Street, #111
Jersey City, NJ 07302
Tel: (646) 405-9846
Fax: (201) 595-0957
Email: mazaheri@sethimaz.com

*Attorney for Plaintiffs*